IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE L. MOSBY,

    Plaintiff,

v.

LAURA KOHL, et al.

    Defendants.

ORDER

Case No. 22-cv-202-wmc

On April 11, 2022, the court entered an order giving plaintiff Willie L. Mosby until May 2, 2022, to submit a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). Now plaintiff has filed a letter stating that he is unable to provide a trust fund account statement printout. Instead, plaintiff provides the current balance in his commissary account. Using this information, I calculate plaintiff's initial partial filing fee to be $16.04. For this case to proceed, plaintiff must submit this amount on or before June 6, 2022.

If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1.    Plaintiff Willie L. Mosby is assessed $16.04 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made payable to

the clerk of court in the amount of $16.04 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before June 6, 2022.

    2.    If, by June 6, 2022, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

    3.    No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 13th day of May, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge